IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

LAMSON & SESSIONS CO.,        )
          Plaintiff,          )
                              )
              v.              )   Civil Action No. 05-1184
                              )
IPEX, INC.,                   )
          Defendant.          )

ORDER OF COURT

AND NOW this 27th day of December, 2005, the Court has been advised that the parties are participating in a re-examination by the United States Patent Office of the patent at issue in this case, the resolution of which will impact the current litigation. Therefore, there being no need for further action at this time and in the interest of judicial economy, IT IS HEREBY ORDERED that the Clerk of Court is directed to mark this case ADMINISTRATIVELY CLOSED.

Nothing contained in this order shall be considered a dismissal or disposition of this matter, and should further proceedings in it become necessary or desirable, either party may initiate it in the same manner as if this order had not been entered.

BY THE COURT:

_____, J.

cc:   All Counsel of Record